UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

LESLY BERNARD,

                Plaintiff,

      - against -                    **ORDER**
                                      **CV-16-4716 (ST)**

QPH PLUMBING & HEATNG INC.,

                Defendant.
--------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

      Having reviewed the settlement agreement and Plaintiff's letter dated April 2, 2017, Docket

Entry [16], I find that "the agreement reflects a reasonable compromise of disputed issues [rather]

than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA

Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13,

2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc.,

796 F.3d 199 (2d Cir. 2015).  The settlement is therefore approved, the case is dismissed with

prejudice and is closed.

      **SO ORDERED.**

                                    _____
                                     s/
                               **STEVEN L. TISCIONE**
                               **UNITED STATES MAGISTRATE JUDGE**

**Dated:  April 24, 2017**
            **Brooklyn, New York**